| | | |
|---|---|---|
| Case #15-30932 | Western District of Kentucky | CHAPTER 13 |
| Debtor: Small, Suzanne M. | US BANKRUPTCY COURT | |
| 2810 Girard Drive | | |
| Louisville, KY, 40213 | | Court Date: April 22, 2015 |
| Jefferson County | | Non Business - Jefferson County |

| Description | Fair Market Value | Remarks |
|---|---|---|
| LG 60 LCD TV, G | $300 | |
| Sectional sofa, (2) end table, china cabinet, glider rocking chair, G | $300 | |
| Leather sofa, leather chair, desk, end table, G | $300 | |
| Table with (4) chairs, G | $200 | |
| Frigidaire flat top range, G | $150 | |
| LG stainless steel french door refrigerator, G | $250 | |
| Crib, chest, G | $150 | |
| Bed (queen) with headboard, dresser, bookcase, G | $300 | |
| Bed (king) with headboard, dresser, nightstand, vanity, G | $400 | |
| Kenmore washer, G | $100 | |
| Maytag dryer, G | $100 | |

Case #15-30932  
Debtor: Small, Suzanne M.  
2810 Girard Drive  
Louisville, KY, 40213  
Jefferson County

Western District of Kentucky  
US BANKRUPTCY COURT

CHAPTER 13

Court Date: April 22, 2015  
Non Business - Jefferson County

| Description | Fair Market Value | Remarks |
|---|---|---|
| 2000 Ford Mustang, VIN 1FAFP4041YF248112, 2 door, 6 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, power windows, power locks, power seats, tilt steering, cruise control, AM/FM Stereo, dual air bags, black exterior, black leather interior, alloy wheels, odometer 145,000, overall condition: good | $3,925 | Low Mileage. Not on site; value based on information and description provided by debtor. |
| 2003 Mitsubishi Outlander XLS, VIN JALAX41G43U068353, 4 door, 4 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, AM/FM Stereo, dual air bags, alloy wheels, odometer 150,000, overall condition: good | $4,175 | Not on site; value based on information and description provided by debtor. |
| 2003 Ford Escape XLT, VIN 1FMYU03173KC34006, 4 door, 6 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, AM/FM Stereo, dual air bags, alloy wheels, odometer 169,000, overall condition: good | $4,575 | High Mileage. Not on site; value based on information and description provided by debtor. |
| **Total** | **$15,225** | |